# IN THE SUPREME COURT OF TEXAS

No. 12-0800

DARLENE C. BALISTRERI-AMRHEIN AND ANTHONY J. BALISTRERI, PETITIONERS

v.

JERRY RIECHERT, LORI RIECHERT, RE MAX NORTH CENTRAL, AGENTS DARNALL, CALKINS, WILLILAMS, PALMER, REPUBLIC OF TEXAS, FIRST AMERICAN TITLE INSURANCE COMPANY, AHI & AARON MILLER, STONEBRIDGE RANCH HOA, CMA & RTI, NEWLAND COMMUNITIES, THOMAS MURPHY, ET AL., RESPONDENTS

ON PETITION FOR REVIEW

**ORDER**

1.      Pursuant to *AHI & Aaron Miller's* Notice of Bankruptcy Filing, filed with this Court on March 11, 2013, this case is **ABATED**.

2.      Effective as of February 14, 2013, the case is abated pursuant to TEX. R. APP. P. 8.2 until further order of this Court and is removed from the Court's active docket, subject to reinstatement upon proper motion. TEX. R. APP. P. 8.3.

Done at the City of Austin, this 26th day of April, 2013.

BLAKE A. HAWTHORNE, CLERK
SUPREME COURT OF TEXAS

By Claudia Jenks, Chief Deputy Clerk